THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No. C 07-6466 JCS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| v. | |
| R & V, a Partnership, CAP-TAY, INC., | |
| Defendants. _____ / | |

TO THE COURT:

Notice is hereby given that this action has settled. A dismissal of the entire action will be filed within 20 days hereof.

July 14, 2008

              S/Thomas N. Stewart, III,
                Attorney for Plaintiff