THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for William Tranquilli

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

WILLIAM TRANQUILLI,                    Case No.  1:08-CV-630-AWI-SMS

      Plaintiff,                    STIPULATION OF DISMISSAL; ORDER

v.

BYER PROPERTIES, L.P.,

      Defendants.
_____/

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action.  A

Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future.  The parties

shall comply with their Settlement Agreement, a copy of which is incorporated by reference as

if fully set forth.  The parties request the Court to retain jurisdiction for one year from the date

hereof in order to enforce the terms of the Settlement Agreement under the authority of

1:08-CV-630-AWI-SMS                    1

*Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year after the date hereof.

Date: August 7, 2008                          Date:  August 7, 2008


S/William H. Liefer,                          S/Thomas N. Stewart, III,
Attorney for Defendant                        Attorney for Plaintiff


IT IS SO ORDERED:


Date:                          _____
                                              Judge/Magistrate