THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Michael Fernandes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES, | Case No.  C 07-6466 JCS |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| R & V, a Partnership, CAP-TAY, INC., | |
| Defendants. _____/ | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), Plaintiff voluntarily dismisses the above-captioned action with prejudice.

Date:  August 8, 2008

S/Thomas N. Stewart, III,
Attorney for Plaintiff

C 07-6466 JCS                    1